**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** __II__    **Investigating Agency** __DEA__

**City** __Dorchester__    **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See page 2__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: __Freddy Artemio Guerrero Soto__    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: __(City & State)__

Birth date (Yr only): __1995__  SSN (last4#): _____ Sex __M__  Race: __H__  Nationality: __Dominican__

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Christopher Pohl__    Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** __09/13/2024__

☑ Already in Federal Custody as of __09/13/2024__ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09/13/2024    Signature of AUSA: /s/ Christopher Pohl

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Freddy Artemio Guerrero Soto

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | Conspiracy to distribute and possess with intent to distribute controlled substances, that is fentanyl, methamphetamine, and cocaine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 24-6004-6009-MPK; 24-6015-MPK; 24-6186-6187-MPK; 24-6213-MPK; 24-6247-6250-MPK; 24-6483-6490-MPK; 24-6548-MPK; 24-6399-MPK; 24-6424-MPK; 24-6775-6781-MPK; 24-6810-6811-MPK; 24-6840-6844-MPK